UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 88-819-Cr-Huck

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HECTOR FAVIO MARIN-HERNANDEZ,
(True name: Sergio Pablo Hernandez-Ramirez),

        Defendant.
_____/

## ORDER

**THIS MATTER** came before the Court upon the Federal Public Defender's Motion to Withdraw and Appointment filed on August 26, 2008. The Court has considered the matter and it is hereby

**ORDERED and ADJUDGED** that the Motion if **GRANTED**. It is also ordered that Attorney, Hector L. Flores, located at Alfred I. DuPont Building, 169 East Flagler Street, Suite 1200, Miami, Florida (305) 374-3998 is appointed as new counsel pursuant to the Criminal Justice Act.

**DONE and ORDERED** in Chambers, Miami, Florida, this _5th_ day of August, 2008.

                                                UNITED STATES DISTRICT JUDGE

cc:    Hector L. Flores, SAFPD
        Ann Taylor, AUSA